**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 87-cv-1899-WJM

MICHAEL W. STAADTS,

    Plaintiff,

v.

JEFFERSON COUNTY SCHOOL DISTRICT R-1,
JOHN PEPPER,
JOHN N. McMULLEN, Honorable, Denver District Court, and
JOSEPH R. QUINN, Chief Justice, Colorado Supreme Court,

    Defendants.

---

**ORDER DENYING MOTION TO PROVE THIS CIVIL AND CRIMINAL ACTION**

---

The above-captioned action was filed *pro se* by Plaintiff Michael W. Staadts in December 1987. Plaintiff's Complaint alleged wrongdoing by Defendants in connection with his worker's compensation claim for an injury he sustained while employed by Jefferson County School District. The Court granted Defendants' Motions to Dismiss finding: (1) Plaintiff's claims against Jefferson County and John Pepper were barred by *res judicata* because the Colorado state courts had already litigated his worker's compensation claim; and (2) Plaintiff's claims against McMullen and Quinn were barred by the doctrine of judicial immunity. Plaintiff's repeated requests for reconsideration were all denied. This case has been closed since February 22, 1988.

On May 23, 2011, Plaintiff filed a motion seeking to "prove This Civil and Criminal Action Lawsuit." (ECF No. 1.) Plaintiff argues that, this being the 25 year "Silver Anniversary" of this action, he is entitled to prove his case to a jury. He requests

that the Court set a three-day jury trial on his claims.

As previously noted, the Court dismissed Plaintiff's claims and closed this action. Plaintiff's instant Motion does not contain any new allegations that would impact the reasoning underlying the Court's prior dismissal. Plaintiff does not ask the Court to reopen this case and does not assert any basis justifying reconsideration of the dismissal of his claims. Accordingly, Plaintiff's Motion to "prove this Civil and Criminal Action Lawsuit" is DENIED. The above-captioned action shall remain closed.

Dated this 28th day of June, 2011.

BY THE COURT:

William J. Martinez
United States District Judge